**Transferred case has been opened**
prd_docketing  to: InterdistrictTransfer_DED          07/15/2011 05:08 PM

```
CASE: 1:11-cv-00181

DETAILS: Case transferred from Delaware
has been opened in District of Puerto Rico
as case 3:11-cv-01685, filed 07/15/2011.
```